■ In the Matter of KIAMBU PORTER, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [999 NYS2d 790]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 3, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Sanchez v Evans*, 111 AD3d 1315 [2013]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.